[No. 43847-6-I.    Division One.    April 3, 2000.]

DONNA BENSON, ET AL., *Appellants*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 98-2-00038-9, Alan R. Hancock, J., entered November 20, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Baker, J.

[No. 44268-6-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD CHARLES MARKOVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-5-02195-2, Nancy Bradburn-Johnson, J. Pro Tem., entered November 19, 1998. *Affirmed* by unpublished per curiam opinion.

[Nos. 43962-6-I; 43984-7-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK BUTLER SHERWOOD, JR., *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 97-1-02009-8, 98-1-00528-3, Richard J. Thorpe, J., entered December 4 and 7, 1998. *Remanded* by unpublished per curiam opinion.

[No. 43264-8-I.    Division One.    April 3, 2000.]

CIMARRON ENTERPRISES, INC., ET AL., *Appellants*, v. MORTGAGE EXCHANGE INVESTMENTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-2-01056-6, Susan K. Cook, J., entered July 31, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.